UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
AUG 3 1 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. |
| ) | |
| FRANCISCO IBARRA-HERNANDEZ, ) | **4:22-cr-00483-RWS/JMB** |
| a/k/a Francisco Ibarra-Saucedo ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

## COUNT 1 - 10

The Grand Jury charges that:

On or about August 24, 2022, in St. Charles County, within the Eastern District of Missouri, the defendant,

**FRANCISCO IBARRA-HERNANDEZ,**
a/k/a Francisco Ibarra-Saucedo,

knowing and in reckless disregard of the fact that a certain alien, namely, each individual identified in the chart below, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of private financial gain; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

| COUNT | INDIVIDUAL |
|---|---|
| One | Roberto Perez-Gomez |
| Two | Isidro Avalos-Flores |
| Three | Freddie Martinez-Sevoriano |
| Four | Fernando Esau Vite-Vazquez |
| Five | Tomas Tepetate-De La Cruz |

| Six   | Axel Jesus Vazquez-Nepomuceno    |
| Seven | Juan Carlos Terreros-Romero      |
| Eight | Carlos Salomon Gonzalez-Quezada  |
| Nine  | Jose Manuel Partida-Prieto       |
| Ten   | Antonio Lopez-Sanchez            |
|       |                                  |

In violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii), and punishable under Title 8, United States Code, Section 1324(a)(1)(b)(i).

## COUNT 11

The Grand Jury further charges that:

On or about August 24, 2022, in St. Charles County, within the Eastern District of Missouri, the defendant,

**FRANCISCO IBARRA-HERNANDEZ,**
a/k/a Francisco Ibarra-Saucedo,

an alien, was found in the United States after having been removed therefrom on or about July 31 to August 1, 2006, at or near Laredo, Texas and not having obtained the express consent of the Secretary of Homeland Security to apply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a), and punishable under Title 8, United States Code, Section 1326(a).

A TRUE BILL.

_____
FOREPERSON

SATYLER A. FLEMING
United States Attorney

_____
Matthew T. Drake, #46499MO
Assistant United States Attorney